No. 11–7965. WATSON v. MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 11–7966. JOHNSON v. YKK AP AMERICA INC. C. A. 11th Cir. Certiorari denied.

No. 11–7976. MORCELI v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–7980. TOLIVER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 11–7981. HERRERA-AGUIRRE v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 11–7984. PORTILLO v. COMMISSION ON PROFESSIONAL COMPETENCE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–7985. WILES v. BYARS, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–7986. PRICE v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–7995. MOORE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7996. MORRIS v. SHELDON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7997. PLANES v. BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–8001. WATKINS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 11–8002. JACOBS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 11–8004. MERRITT v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.